FILED
May 16, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>FLORA LOUISE GLOVER,<br><br>　　　　　Defendant. | Case No. CR.S-05-0186 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release __FLORA LOUISE GLOVER__ , Case No. __FLORA LOUISE GLOVER__ , Charge __18 USC § 641 Theft of Government Property__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　__　Release on Personal Recognizance

　　　__　__　Bail Posted in the Sum of $__

　　　　　　__　__　Unsecured Appearance Bond

　　　　　　__　__　Appearance Bond with 10% Deposit

　　　　　　__　__　Appearance Bond with Surety

　　　　　　__　__　Corporate Surety Bail Bond

　　　　　　__　__　(Other)　__　__

Issued at __Sacramento, CA__ on __May 16, 2005__ at __2:26 pm__ .

By　__/s/__

Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal