```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FLORA LOUISE GLOVER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> FLORA LOUISE GLOVER, ) <br> ) <br>         Defendant. ) <br> ) <br>_____ ) | No. 2:05-cr-186 FCD <br><br> STIPULATION AND ORDER VACATING <br> DATES, SETTING STATUS CONFERENCE, <br> AND EXCLUDING TIME <br><br> Date:  June 27, 2005 <br> Time:  9:30 a.m. <br> Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, FLORA LOUISE GLOVER, that the trial confirmation hearing set for June 27, 2005, and the jury trial set for July 12, 2005, be vacated, and the matter scheduled for status conference on August 1, 2005, at 9:30 a.m.

    The continuance to August 1, 2005, is requested by the defense in order to permit review of discovery materials, and investigation of factual issues raised by that review and also in light of consultation with Ms. Glover.

1  The court is advised that Mr. Staniels will be out of the
2  district and unavailable to attend to this case from June 28, 2005
3  through and including July 22, 2005.

4  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial act be excluded from the filing of this stipulation on June 20,
6  2005, through August 1, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
7  (B)(iv), Local Code T-4, for unavailability of counsel and for defense
8  preparation.

9  **IT IS SO STIPULATED**.

10

11 Dated:  June 20, 2005          /S/ Ellen V. Endrizzi
                                  Ellen V. Endrizzi
12                                Assistant United States Attorney
                                  Counsel for Plaintiff
13                                (by jls per oral authorization)

14

15 Dated:  June 20, 2005          /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
16                                Assistant Federal Defender
                                  Counsel for Defendant
17                                FLORA LOUISE GLOVER

18
                              **O R D E R**
19
    **IT IS SO ORDERED.**
20

21
Dated:  June 21, 2005           /s/ Frank C. Damrell Jr.
22                              Hon. Frank C. Damrell JR.
                                United States District Judge
23

24

25

26

27

28

Stipulation & Order                    2