```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FLORA LOUISE GLOVER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>         Plaintiff,         )<br>                            )<br>    v.                      )<br>                            )<br>FLORA LOUISE GLOVER,        )<br>                            )<br>         Defendant.         )<br>_____ ) | No. 2:05-cr-186 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  August 1, 2005<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, FLORA LOUISE GLOVER, that the status conference set for August 1, 2005, be vacated, and the matter scheduled for status conference on August 15, 2005, at 9:30 a.m.

The continuance to August 15, 2005, is requested by the defense in order to permit further investigation of factual issues raised by the review of discovery review, and for the receipt of certain medical records sought in light of consultation with Ms. Glover.

1  The court is advised that counsel have conferred and Ms. Endrezzi has authorized Mr. Staniels to sign this stipulation on her behalf.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial act be excluded from the filing of this stipulation on July 29, 2005, through August 15, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, for defense preparation.

**IT IS SO STIPULATED.**

```
Dated:  July 29, 2005              /S/ Ellen V. Endrizzi
                                   Ellen V. Endrizzi
                                   Assistant United States Attorney
                                   Counsel for Plaintiff
                                   (by jls per oral authorization)


Dated:  June 29, 2005              /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   FLORA LOUISE GLOVER
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

```
Dated: August 2, 2005              /s/ Frank C. Damrell Jr.
                                   Hon. Frank C. Damrell
                                   United States District Judge
```

Stipulation & Order                        2