McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>FLORA GLOVER,<br><br>    Defendant. | NO. CR. S. 05-186 FCD<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE**<br>DATE:  March 27, 2006<br>TIME:  9:30 a.m.<br>Hon. Frank C. Damrell, Jr. |

The parties, by and through their undersigned attorneys, hereby request that the status conference in the above-captioned case, currently set for March 13, 2006, be rescheduled for March 27, 2006 at 9:30 a.m.

The parties are in the midst of plea negotiations and believe that the two-week continuance will further the aims of resolution. For that reason, the parties stipulate that time for trial under the Speedy Trial Act be excluded from the date of this stipulation, March 9, through and including March 27, 2006, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), and Local

///
///

1

Code T4, for defense preparation.

DATED: March 9, 2006

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

DANIEL J. BRODERICK
ACTING FEDERAL DEFENDER

By: /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
ASSISTANT FEDERAL DEFENDER
per telephonic authority
Attorney for Flora Glover

## **O R D E R**

In the matter of the <u>United States v. Flora Glover</u>, No. CR. S. 05-186 FCD, the March 13, 2006 status conference date is vacated and the date of March 27, 2006 is set in its place.

Time for trial under the Speedy Trial Act is excluded from March 9 through and including March 27, 2006, for purposes of defense preparation, under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), and Local Code T4.

IT IS SO ORDERED.

DATED: March 9, 2006

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
United States District Judge

2