1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FLORA GLOVER

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      ) No. 2:05-cr-186 FCD
                                  )
11              Plaintiff,        )
                                  ) STIPULATION AND ORDER RE-
12      v.                        ) CALENDARING CASE AND EXCLUDING
                                  ) TIME
13 FLORA GLOVER,                  )
                                  )
14              Defendant.        ) Date:  May 30, 2006
                                  ) Time:  9:30 a.m.
15 _____) Judge: Hon. Frank C. Damrell

16

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for defendant, FLORA

20 LOUISE GLOVER, as follows:

21      1.   This matter was on calendar for a status conference on March

22 9, 2006.

23      2.   Ms. Glover failed to appear that date and counsel learned that

24 she was hospitalized after she was found unconscious in her home.

25      3.   Thereafter counsel conferred and agreed to ask theat the

26 matter be re-calendared on May 30, 2006 at 9:30 a.m.

27      4.   Counsel agreed that time for trial under the Speedy Trial Act

28 would be excluded from March 9, 2006 through May 30, 2006 on account of

the defendant's unavailability on March 9, 2006, and defense counsel's anticipated unavailability to deal with this case due to his then existing trial schedule, and to allow further consultation with his client in this matter.

5.  Preparation of this stipulation was assigned to defense counsel by agreement and was delayed in submission due to his need to attend to impending trial matters.

6. Ms. Endrizzi has authorized Mr. Staniels to sign this stipulation on her behalf.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial act be excluded from March 9, 2006 through May 30, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

```
Dated:  May 16, 2006           /S/ Ellen V. Endrizzi
                               Ellen V. Endrizzi
                               Assistant United States Attorney
                               Counsel for Plaintiff
                               (by jls per oral authorization)


Dated:  May 16, 2006           /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               FLORA LOUISE GLOVER
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

```
Dated:  May 17, 2005           /s/ Frank C. Damrell Jr.
                               Hon. Frank C. Damrell Jr.
                               United States District Judge
```

Stipulation and Order                -2-