1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

   Attorney for Defendant
7  FLORA GLOVER

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        )  No. 2:05-cr-186 FCD
                                     )
14                  Plaintiff,       )
                                     )  STIPULATION AND ORDER MODIFYING
15       v.                          )  SCHEDULE AND RE-CALENDARING DATE
                                     )  FOR JUDGMENT AND SENTENCE
16  FLORA GLOVER,                    )
                                     )  Date:  May 29, 2007
17                  Defendant.       )  Time:  10:00 a.m.
                                     )  Judge: Hon. Frank C. Damrell Jr.
18  _____ )
                                        "AS MODIFIED"
19
           **IT IS HEREBY STIPULATED** by and between Assistant United States
20
    Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant
21
    Federal Defender Jeffrey L. Staniels, counsel for defendant, FLORA
22
    LOUISE GLOVER, that the schedule for review and filing any objections
23
    to the presentence report be modified and that judgment and sentence be
24
    re-calendared according to the following schedule:
25
    Objections to presentence report                        May 29, 2007
26
    Final Presentence Report                                June 4, 2007
27
    Motion to Correct Presentence Report                    June 11, 2007
28

1 | Judgment and Sentence                                          June 25, 2007

2 |          **IT IS SO STIPULATED.**

3 |

4 | Dated:   May 17, 2006                    /S/ Ellen V. Endrizzi
  |                                          Ellen V. Endrizzi
5 |                                          Assistant United States Attorney
  |                                          Counsel for Plaintiff
6 |                                          (by jls per oral authorization)

7 |

8 | Dated:   May 17, 2006                    /S/ Jeffrey L. Staniels
  |                                          Jeffrey L. Staniels
9 |                                          Assistant Federal Defender
  |                                          Counsel for Defendant
10 |                                         FLORA LOUISE GLOVER

11 |

                                  **O R D E R**
12 |
        The above stipulation is adopted in full, except the sentencing
13 |
dates shall be set for June 25, 2007 at 10:00 a.m.
14 |
        IT IS SO ORDERED.
15 |
Dated:   May 18, 2007
16 |

17 |

18 | _____
  | FRANK C. DAMRELL, JR.
  | UNITED STATES DISTRICT JUDGE
19 |

Stipulation and Proposed Order     -2-