1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,

12           Plaintiff,                       No. 2: 05-cr-0186   FCD

13      v.

14 FLORA GLOVER,                    **RELATED CASE ORDER**

15           Defendant.

                             /

16 UNITED STATES OF AMERICA,

17           Plaintiff,                       No. 2:07-cr-0470   MCE

18

19      v.

FLORA GLOVER,

20

          Defendant.

21                              /

22        Examination of the above-entitled actions reveals that they are related within the meaning

23 of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based

24 on the same or similar claims, the same property transaction or event, similar questions of fact

25 and the same questions of law, and would therefore entail a substantial duplication of labor if

26 heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely

27 to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

28        The parties should be aware that relating the cases under Local Rule 83-123 merely has

the result that these actions are assigned to the same judge; no consolidation of the actions is

1    effected.  Under the regular practice of this court, related cases are generally assigned to the

2    judge and magistrate judge to whom the first filed action was assigned.

3          IT IS THEREFORE ORDERED that the action denominated, 2:07-cr-0470 MCE is

4    reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set

5    in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed

6    in the reassigned cases shall be shown as, **2:07-cr-0470 FCD**.

7          IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

8    assignment of criminal cases to compensate for this reassignment.

9          IT IS SO ORDERED.

10   DATED: October 23, 2007

11

12

13                    FRANK C. DAMRELL, JR.
                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28